# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHANCI LINN MORRISON, Defendant. | Case No. CR-13-16-H-CCL-JTJ<br><br>ORDER |

Defendant Chanci Linn Morrison having filed an Unopposed Motion to Continue Revocation Hearing;

IT IS HEREBY ORDERED that the Revocation Hearing in this matter, presently set for Tuesday, February 6, 2018, at 2:00 p.m., is hereby VACATED.

IT IS FURTHER ORDERED that the Revocation Hearing will be reset upon motion of the Defendant.

DATED this 6th day of February, 2018.

_____
John Johnston
United States Magistrate Judge

1