IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-16-H-CCL |
| Plaintiff, | |
| vs. | Order |
| CHANCI LINN MORRISON, | |
| Defendant. | |

Hours prior to the time set down for revocation hearing on Thursday, June 18, 2020, Defendant's counsel moves for continuance on the ground that Defendant

> has been sick – and still is sick – with a variety of symptoms for the past several days. These symptoms may well be attributed to the flu but may also be attributed to COVID-19, which Ms. Morrison may be tested for today. For everyone's safety, therefore, Ms. Morrison requests the hearing be continued until her symptoms pass and/or she receives the results of a COVID-19 test.

The Court will hear this motion in chambers as scheduled with counsel only, Ms. Morrison need not appear.

This conference will conclude with agreement upon a later date for the hearing. The Clerk's Office shall notify counsel, the United States Marshal's Service and the United States Probation Office of entry of this order.

Dated this 17th day of June, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE