IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR-13-16-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | Order |
| CHANCI LINN MORRISON, | |
| Defendant. | |

The Court conducted a revocation hearing on the United States Probation Office's petition to revoke Defendant's supervised release. Based on the record presented in open court,

IT IS HEREBY ORDERED that the petition for revocation (Doc. 61) is DISMISSED with prejudice for failure of proof.

Dated this 26th day of June, 2020

Charles C. Lovell
Senior United States District Judge