## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-13-16-H-BMM |
| vs. | |
| CHANCI LINN MORRISON, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 19, 2022. (Doc. 103.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 18, 2022. (Doc. 97.)  The United States accused Chanci Linn Morrison (Morrison) of violating her conditions of supervised release by using methamphetamine.  (Doc. 94.)

At the revocation hearing the government presented testimony of United States Probation Officer Kade Henderson.  Morrison presented the testimony of

Wesley Foster. Judge Johnston found that the government satisfied its burden of proof with respect to the alleged violation. (Doc. 97.) Judge Johnston found that the violation proved to be serious and warranted revocation, and recommended that Morrison receive a custodial sentence of 2 months with no supervised release to follow. (Doc. 103.) Morrison was advised of her right to appeal and her right to allocute before the undersigned. Morrison waived those rights. (Doc. 97.) The violation proves serious and warrants revocation of Morrison's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 103) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Chanci Linn Morrison be sentenced to the custody of the United States Bureau of Prisons for 2 months with no supervised release to follow.

DATED this 19th day of October, 2022.

Brian Morris, Chief District Judge
United States District Court